therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 845. WHITE v. GEORGIA. April 2, 1945. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Mr. Houston White, pro se.*

No. 876. RICHARDSON v. RICHARDSON ET AL. April 2, 1945. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Edward A. Simmons* for petitioner. *Mr. Albert J. Rapp* for respondents.

No. 941. NATIONAL ALUMINATE CORP. v. PERMUTIT COMPANY ET AL. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George I. Haight* and *Dewey F. Fagerburg* for petitioner. *Messrs. Clarence D. Kerr* and *Joseph J. Gravely* for the Permutit Company, and *Solicitor General Fahy* for the Alien Property Custodian, respondents.

No. 950. SUPERIOR COAL CO. v. COMMISSIONER OF INTERNAL REVENUE. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Nelson Trottman, William T. Faricy* and *Nye F. Morehouse* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson* and *Harold C. Wilkenfeld* for respondent.